UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/09
```

WILMA HIDALGO FIGUEROA, et al.,

Plaintiffs,

-v-

ESTHER M. FRITIS, et al.,

Defendants.

No. 09 Civ. 5228 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

It having been reported to the Court that this action has been resolved,

IT IS HEREBY ORDERED that this action is dismissed with prejudice but without costs; provided, however, that within thirty days of the date of this Order, any party may apply by letter for restoration of this action to the calendar of the undersigned, in which event the action will be restored.

SO ORDERED.

DATED:   July 23, 2009
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE